06-493-M-01

RECEIVED
U.S. MARSHAL
BALTIMORE, MD

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MARYLAND 05-M-160JKB FTA 2/25/05

2005 MAR -4 P 1: 47

| UNITED STATES OF AMERICA vs. | Violation Notice Number(s) | Violation Date(s) |
|---|---|---|
| MANN, BRYAN U | A1508814  MD81 | 11/27/2004 |
| Defendant. | DRIVE W/SUSPENDED LIC | |

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

FILED
DEC 0 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ __MANDATORY__ may be Forfeited in Lieu of Appearance.

Date __3-4-05__

_____
United States Magistrate Judge
HON BETH P. GESNER

## RETURN

| RECEIVED | DATE  12/01/06 | LOCATION  U.S. COURTHOUSE  WASHINGTON, DC |
|---|---|---|

EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.

| | DATE  12/01/06 | LOCATION  USMS  WASH, DC |
|---|---|---|

Name __BALDWIN__   Title __SDUSM__   District __D/DC__
Date __12/01/06__   Signature _____

## United States District Court
### Violation Notice

**06-493-M-01**

Violation No: **A1508814**

Loc Code: **MDB(**

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 2004/11/27 1254
Offense Charged: 18 USC Sec 13 MPA 16-303(c)
Place of Offense: Gate 1 Mapes Rd
Offense Description: Driving on suspended lic + Reg

First Officer Name: Fielin
Officer No: F962.1

Defendant's Last Name: Main
First Name: Bryan
MI: A

**VEHICLE DESCRIPTION**
Vehicle Tag No: NO
Vehicle Tag State: MD
Year: 93
Vehicle Make: Nissan
Vehicle Color: Red

A ☒ YOU MUST APPEAR IN COURT SEE INSTRUCTIONS
B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS SEE INSTRUCTIONS
☐ I wish to terminate this matter by paying the collateral shown below, enclosed
☐ I plead not guilty and promise to appear as required

Court Address:

YOUR COURT DATE
Date: TBD
Time: TBD

Collateral (fine): TBD
For payment by credit card, SEE INSTRUCTIONS

DD FORM 1805, SEP 1995
Original - CVB Copy
Previous edition is obsolete

A1508814

**FILED**
DEC 0 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 2004/11/27, while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:
☐ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____ Date _____ Officer's Signature _____

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date _____ U.S. Magistrate Judge _____

DD FORM 1805 (BACK), SEP 1995

11/30/2006 09:17 410-962-2824 USMS BALTIMORE WTS PAGE 03/03
Case 1:06-mj-00493-AK    Document 1-2    Filed 12/01/2006    Page 2 of 2

102 0812



UNITED STATES DEPARTMENT OF JUSTICE

**UNITED STATES MARSHALS SERVICE
DISTRICT OF MARYLAND**

DATE:    April 1, 2005

TO:    Bryan U. Mann

### NOTICE BEFORE ARREST

Please be advised that the United States Marshals Service has received a warrant issued by a United States Magistrate Judge for your arrest, based upon the following charges:

CHARGE(S):            Drive W/Suspended License
WARRANT NUMBER:       05-160 JKB
DATE WARRANT ISSUED:  March 4, 2005

Pursuant to law, it is the responsibility of the United States Marshals Service to execute this warrant and to arrest and present you before the United States Magistrate Judge. Accordingly, this is a final notice that you may settle this matter by appearing in court, in lieu of being arrested.

If we are not advised by the Clerk's Office within ten (10) days that you have scheduled your appearance, you will be subject to arrest.

Your prompt attention to this matter would be appreciated. Any questions regarding this matter should be directed to the Clerk's Office, U. S. District Court, Baltimore, ATTN: Mr. Cornel Lunkin, at 410-962-2600.

Sincerely,

*Johnny L. Hughes*

J. L. Hughes
United States Marshal

Form USM-174
(Est. 1/24/78)