# WARRANT FOR ARREST

CO-1 80 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>BRYAN U. MANN<br><br>DOB:      PDID# DCDC 312-859 | DOCKET NO:    MAGIS. NO: 06-493M<br>NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>BRYAN U. MANN<br><br>FILED<br>MAR 0 1 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**WARRANT ISSUED ON THE BASIS OF:**
- [x] Order of Court
- [ ] Information
- [ ] Indictment
- [ ] Complaint

**DISTRICT OF ARREST:**

**TO:** ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER

**CITY:**

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Driving on suspended licence (MD)

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION: A 1508814 MD 81

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
| NO BOND | |

| ORDERED BY: | JUDGE/MAGISTRATE JUDGE | DATE ISSUED: |
|---|---|---|
| Mag. Judge Deborah A. Robinson | DEBORAH A. ROBINSON<br>U.S. MAGISTRATE JUDGE | 1/8/07 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: [signature] | DATE:<br>1/10/07 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>1-6-07 | NAME AND TITLE OF ARRESTING OFFICER<br>DAVID BALDWIN | SIGNATURE OF ARRESTING OFFICER<br>David Baldwin |
|---|---|---|
| DATE EXECUTED<br>3-1-07 | | |