AO 94 (Rev. 8/85) Commitment to Another District

# United States District Court

_____ DISTRICT OF _Washington_

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |

Bryan U. Mann

CASE NUMBER: _06-493m_
_A1508914 MD81_

The defendant is charged with a violation of _____ U.S.C. _____ alleged to have been committed in the _USDC for the_ District of _Maryland_.

Brief Description of Charge(s):

_Driving on Suspended License (md)_

**FILED**

MAR 01 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

_03/01/07_ _____  _John M. Facula_ (signature)
Date                             Judicial Officer

| RETURN |
|---|
| This commitment was received and executed as follows: |

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |