**United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001
Date: 3/2/07**

Nancy Mayer-Whittington
Clerk of the Court

MAR 0 6 2007
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

Address of Other Court: United States District Court
4415 Edward A. Garmatz
Federal Bldg & U.S. Courthouse
101 West Lombard Street
Baltimore, Md. 21201-2605

Dear Clerk of the Court:    06-493M Bryan Mann (AK

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | | Warrant of Removal |
| X | Warrant/Violation Notices | | Order of Removal |
|   | Minute Order Appointing Counsel | X | Detention Order |
|   | Corporate Surety Bond | X | Waiver of Removal |
|   | Personal Surety Bond | | |
| X | Other-Blotter dated 3/1/07, 1/8/07, 12/1/06 | | |

FILED
MAR 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk